# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2013

145497

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

DWAYNE E. WILSON,
           Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 145497
COA: 309493
Macomb CC: 2009-002637-FC

_____/

On order of the Court, the application for leave to appeal the April 18, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2013

_____
Clerk

t0521